AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**For The District of Columbia**

**UNITED STATES OF AMERICA**

V.

**CARLOS ADALBERTO VILLALOBOS-MARAVILLA**
also known as Carlos Adolbeto Maravilla
also known as Carlos M. Villalobos
also known as Jose Castnaneda
also known as Manuel De Jesus Parada
also known as Carlos A. Villalobos
DOB:  x/xx/1961

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about  August 12, 2005  in  Washington, D.C.  county, in the _____ District of  Columbia  defendant(s) did, (Track Statutory Language of Offense)

**reenter the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security, or his delegate.**

in violation of Title  8  United States Code, Section(s)  1326(a)  .

I further state that I am John Brusseau, Agent with the U.S. Immigration & Customs Enforcement, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

AUSA, Catharine A. Hartzenbusch  (202) 353-8822
Sworn to before me and subscribed in my presence,

Signature of Complainant
John A. Brusseau, Agent
U.S. Department of Homeland Security
Bureau of Immigration & Custom Enforcement

_____           at     Washington, D.C.
Date                                                                    City and State

_____           _____
Name & Title of Judicial Officer                     Signature of Judicial Officer