## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

VILLALOBOS-MARAVILLA, CARLOS ADALBERTO
aka MARAVILLA, Carlos Adolbeto
aka VILLALOBOS, Carlos M.
aka CASTNANEDA, Jose,
aka PARADA, Manuel De Jesus
aka VILLALOBOS, Carlos A.
DOB: x/xx/1961

I, John A. Brusseau, after being duly sworn, depose and state:

1. I am an Agent with the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) formerly known as the United States Immigration and Naturalization Service (INS). I am currently assigned to the Public Safety Unit at the Washington, DC SAC Office. I have been employed by ICE since July 2003, and was previously employed by the INS from January 1998 though September 1999.

2. My duties as an Agent with ICE include, but are not limited to, investigating Criminal violations of Federal Criminal Code; Administrative and Criminal violations of the Immigration and Nationality Act; and, violations of other related statutes. I have received extensive training and experience in investigation and enforcement of Federal Criminal and Immigration laws of the United States.

3. The facts and information contained in this affidavit are based upon my personal knowledge, as well as observations of other agents involved in this investigation. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known to the Government.

4. This affidavit is submitted in support of a criminal complaint charging **VILLALOBOS-MARAVILLA, Carlos Adalberto:** aka MARAVILLA, Carlos Adolbeto; aka VILLALOBOS, Carlos M.; aka CASTNANEDA, Jose; aka PARADA, Manuel De Jesus, aka VILLALOBOS, Carlos A., hereinafter "VILLALOBOS-MARAVILLA", with violating Title 8, United States Code, Section 1326(a), illegal reentry into the United States after deportation.

5. Your affiant has reviewed U.S. Immigration file number A91 213 974, (previously consolidated with U.S. Immigration file A26 504 654) which revealed that on or about June 18, 1980, VILLALOBOS-MARAVILLA, a native and citizen of El Salvador, entered the United States near Brownsville, Texas, without inspection by a duly sworn United States Immigration Officer

6. On or about December 6, 2004, VILLALOBOS-MARAVILLA was removed from the United States subsequent to an order issued on October 27, 2004 under INS File A91 213 974. Prior to his deportation, VILLALOBOS-MARAVILLA signed Form I-205 (Warrant of Deportation), and affixed a fingerprint to the document. A duly sworn United States Immigration Officer witnessed the departure of VILLALOBOS-MARAVILLA.

7. On or about August 12, 2005, your affiant arrested VILLALOBOS-MARAVILLA at 1415 Girard Street NW Apartment #203, Washington, DC 20009 on administrative Immigration charges as an alien within the United States without permission of U.S. Immigration. Your affiant also took his fingerprints on that date. On or about August 12, 2005, your affiant requested the FBI's Special Processing Unit to review the fingerprints taken August 12, 2005, and compare them to fingerprints that were taken prior to the subject's deportation found in the subject's alien file under alien number A91 213 974 on December 6, 2004, and fingerprints listed in FBI indices for MARAVILLA, Carlos Adolbeto, a known alias

of VILLALOBOS-MARAVILLA associated with FBI number 569706AA4. It was subsequently determined by the FBI's Special Processing Unit that all fingerprints submitted by your affiant were in fact consistent with FBI number 569706AA4. This means all the fingerprints submitted for comparison match each other and were taken from the same person.

8. Based on the above stated information, your affiant concluded that VILLALOBOS-MARAVILLA is in fact the same VILLALOBOS-MARAVILLA, Carlos Adalberto: aka MARAVILLA, Carlos Adolbeto; aka VILLALOBOS, Carlos M.; aka CASTNANEDA, Jose; aka PARADA, Manuel De Jesus previously deported from Alexandria, Louisiana, on or about December 6, 2004.

9. An ICE records check has determined that VILLALOBOS-MARAVILLA does not have permission from the Attorney General or the Secretary of the Department of Homeland Security, or his delegate, to reenter the United States, as required by Title 6, United States Code, Section 557 & 202(4).

10. Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe VILLALOBOS-MARAVILLA, Carlos Adalberto: aka MARAVILLA, Carlos Adolbeto; aka VILLALOBOS, Carlos M.; aka CASTNANEDA, Jose; aka PARADA, Manuel De Jesus is an alien who has been found in the United States after having previously being deported from the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security, or his delegate, as

required by Title 6, United States Code, Sections 557 & 202(4), in violation of Title 8, United States Code, Section 1326(a), illegal reentry into the United States after deportation.

                                                _____
                                                John A. Brusseau, Agent
                                                U.S. Department of Homeland Security
                                                U.S. Immigration and Customs Enforcement

Subscribed and sworn before me this _____ day of _____ 2005.

                                                _____
                                                United States Magistrate Judge