New 34 95
Bat
35 Shres

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INVESTIGATIVE COPY ONLY
ORIGINAL ON FILE WITH
US MARSHAL RM ____

UNITED STATES OF AMERICA
V.

CARLOS ADALBERTO VILLALOBOS-MARAVILLA
also known as Carlos Adolbeto Maravilla
also known as Carlos M. Villalobos
also known as Jose Castnaneda
also known as Manuel De Jesus Parada
also known as Carlos A. Villalobos

**WARRANT FOR ARREST**

FILED  28217016

AUG 1 6 2005    CASE NUMBER 05 - 0463 M - 01

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    CARLOS ADALBERTO VILLALOBOS-MARAVILLA
                                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

REENTRY AFTER DEPORTATION

in violation of Title  8  United States Code, Section(s)  1326(a) .

ALAN KAY
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_signature_
Signature of Issuing Officer

AUG 1 6 2005    District of Columbia
Date and Location

Bail fixed at $ _____    by _____
                                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at   Washington, DC | | |
| DATE RECEIVED  8-16-05 | NAME AND TITLE OF ARRESTING OFFICER  JOHN A. Brusseau  AGENT - ICE  CARFTF | SIGNATURE OF ARRESTING OFFICER  _signature_ |
| DATE OF ARREST  8-16-05 | | |